# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0030.  STATE OF GEORGIA v. CHASE MCDERMOTT.

The State of Georgia filed this motion for emergency stay of an order issued by the Superior Court of Fulton County in **STATE OF GEORGIA v. ONE THOUSAND ONE HUNDRED THIRTY AND 00/100 DOLLARS ($1,130.00) IN UNITED STATES CURRENCY, GLOCK 27 .40 CAL. (SERIAL#BAEG436)**, Case No. 2021CV351366, to release seized funds that is subject to a complaint in rem for forfeiture pursuant to OCGA §§ 9-16-12 and 16-13-49.

Attachments to the motion show that the trial court entered a final order in the forfeiture action in favor of the claimant on February 24, 2022 ("it is hereby ORDERED, ADJUDGED AND DECREED that the $1,130 in United States currency found on Mr. McDermott's person shall be **RETURNED** to Mr. McDermott **INSTANTER**"), and that the State filed a timely notice of appeal from the judgment.

Given that the State's timely notice of appeal filed as provided in OCGA §§ 5-6-37 and 5-6-38 serves as supersedeas pursuant to OCGA § 5-6-46 (a), the State is required to release the condemned property only upon disposition of the appeal. Accordingly, to maintain the status quo pending appeal, the State's motion is hereby GRANTED and enforcement of the trial court's February 24, 2022 order is stayed. See also OCGA § 9-11-62 (a), (e).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __02/28/2022__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*